

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2015

No. 04-14-00269-CV

Andrea **COLLIE**,
Appellant

v.

**IBEX STAFFING SOLUTIONS, INC**. and Pronto General Agency, Ltd. d/b/a Pronto
Insurance,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376802
Honorable Tina Torres, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is
DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court